IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Lior Sela, ) | Civil Action No. 4:12-cv-00868-RBH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CONSENT ORDER TO REMAND** |
| ) | |
| Universal American Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Local Civil Rule 7.10 DSC, the Defendant, Universal American Corp., incorrectly identified as "Universal American Corporation" (hereinafter "UAM") hereby consents to remand of the above-captioned action to South Carolina State Court. The parties further agree that this consent order of remand is subject to the following stipulation:

The Plaintiff hereby stipulates he will not seek more than $75,000.00 for his claims in the above-captioned matter, including any causes of action he may have additionally brought regarding or relating to the subject matter of the Complaint. This stipulation applies regardless of any amendment to the action, and survives dismissal and re-filing, applying equally to any re-filed action. No amount of money over the sum of $75,000.00 will be accepted from UAM and the Plaintiff hereby waives any rights to any amounts over $75,000.00, should any such amount be awarded under any circumstances in this action.

Therefore, it is hereby ordered, adjudged, and decreed that this action is remanded to the Court of Common Pleas, Tenth Judicial Circuit upon the consent of the parties subject to the above-stipulations.

**IT IS SO ORDERED.**

s/ R. Bryan Harwell
Honorable R. Bryan Harwell
United States District Judge

Columbia, South Carolina
May 11, 2012